# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
DEGRACE, SCOTT F                              §        Case No. 11-47850
                                              §
_____Debtor(s)_____ §_____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/GINA B. KROL _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | HSBC |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Julie DeGrace | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card | | | | | |
| | Advanta Bank Corp. | | | | | |
| | Bank of America | | | | | |
| | Bank of America/Countrywide Card | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | CitiBusiness Card | | | | | |
| | Home Depot Credit | | | | | |
| | Mitchell 1 | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | GE CAPITAL RETAIL BANK | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000005 | CAPITAL ONE, N.A. (MENARDS) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Exhibit 8

| Case No: | 11-47850 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DEGRACE, SCOTT F | | | Date Filed (f) or Converted (c): | 11/28/11 (f) |
| | | | | 341(a) Meeting Date: | 01/17/12 |
| For Period Ending: | 12/09/13 | | | Claims Bar Date: | 07/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 204,722.00 | 0.00 | | 15,000.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 250.00 | 0.00 | | 0.00 | FA |
| 6. Life Insurance | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 8. A/R | 10,000.00 | 0.00 | | 0.00 | FA |
|     Money is owed to debtor by a non-operating defunct business | | | | | |
| 9. VEHICLE | Unknown | 0.00 | | | FA |
| 10. VEHICLE | 1,015.00 | 0.00 | | 0.00 | FA |
| 11. VEHICLE | 2,201.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.48 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $221,988.00 | $0.00 | | $15,000.48 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

October 17, 2013, 02:21 pm

Initial Projected Date of Final Report (TFR): 05/31/13    Current Projected Date of Final Report (TFR): 12/31/13

/s/    GINA B. KROL

_____ Date: 12/09/13

GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

LFORM1

Ver: 17.04a

FORM 1

Case 11-47850 **INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT** Filed 12/01/13 Entered 12/01/13 16:54:37    Desc Main
Document **ASSET CASES** Page 9 of 13

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-47850 | DRC | Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | DEGRACE, SCOTT F | | | Date Filed (f) or Converted (c): 11/28/11 (f) |
| | | | | 341(a) Meeting Date: 01/17/12 |
| | | | | Claims Bar Date: 07/31/12 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-47850 -DRC |
| Case Name: | DEGRACE, SCOTT F |
| | |
| Taxpayer ID No: | *******9402 |
| For Period Ending: | 12/09/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0543  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 14,928.07 | | 14,928.07 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.20 | 14,918.87 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.51 | 14,909.36 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.19 | 14,900.17 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.49 | 14,890.68 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.14 | 14,868.54 |
| 02/13/13 | 030001 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 12.88 | 14,855.66 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.96 | 14,835.70 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.06 | 14,813.64 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.31 | 14,792.33 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.99 | 14,770.34 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.25 | 14,749.09 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.93 | 14,727.16 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.90 | 14,705.26 |
| 11/14/13 | 030002 | Cohen & Krol 105 W. Madison St. Suite 1100 Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 871.50 | 13,833.76 |
| 11/14/13 | 030003 | Cohen & Krol 105 W. Madison St. Suite 1100 Chicago, IL 60602 | Attorney's Expenes per Court Order | 3120-000 | | 18.35 | 13,815.41 |
| 11/14/13 | 030004 | GINA B. KROL 105 W. Madison Street Suite 1100 Chicago, IL  60602 | Attorney's Fees per Court Order | 3110-000 | | 435.75 | 13,379.66 |
| 11/14/13 | 030005 | GINA B. KROL 105 W. Madison Street Suite 1100 | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.05 | 11,129.61 |

| | | | Page Subtotals | | 14,928.07 | 3,798.46 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.04a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-47850 -DRC |
| Case Name: | DEGRACE, SCOTT F |
| Taxpayer ID No: | *******9402 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0543  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/14/13 | 030006 | Chicago, IL  60602<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 29.73208% | 7100-900 | | 1,587.91 | 9,541.70 |
| 11/14/13 | 030007 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 29.73201%<br>(2-1) Sam's Club or GEMB | 7100-900 | | 2,865.88 | 6,675.82 |
| 11/14/13 | 030008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 29.73188%<br>(3-1) Incorrect PDF, filer notified<br>to file an amended claim. Modified on  6/4/2012 (cg) | 7100-900 | | 665.23 | 6,010.59 |
| 11/14/13 | 030009 | PYOD, LLC its successors and assigns<br>as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 29.73196% | 7100-900 | | 6,010.59 | 0.00 |

|  | | | | COLUMN TOTALS | 14,928.07 | 14,928.07 | 0.00 |
|  | | | | Less:  Bank Transfers/CD's | 14,928.07 | 0.00 | |
|  | | | | Subtotal | 0.00 | 14,928.07 | |
|  | | | | Less:  Payments to Debtors | | 0.00 | |
|  | | | | Net | 0.00 | 14,928.07 | |

Page Subtotals          0.00          11,129.61

Ver: 17.04a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

| Case No: | 11-47850 -DRC | | |
|---|---|---|---|
| Case Name: | DEGRACE, SCOTT F | | |

| | | |
|---|---|---|
| Taxpayer ID No: | *******9402 | |
| For Period Ending: | 12/09/13 | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4373  BofA - Money Market Account |

Exhibit 9

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 1 | Sharon Kirby | | 1110-000 | 15,000.00 | | 15,000.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 15,000.11 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.21 | 14,982.90 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,983.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.81 | 14,965.21 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,965.34 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.63 | 14,945.71 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 14,945.83 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 17.76 | 14,928.07 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 14,928.07 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 15,000.48 | 15,000.48 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 14,928.07 | |
| Subtotal | 15,000.48 | 72.41 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,000.48 | 72.41 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0543 | 0.00 | 14,928.07 | 0.00 |
| BofA - Money Market Account - ********4373 | 15,000.48 | 72.41 | 0.00 |
| | 15,000.48 | 15,000.48 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    15,000.48    15,000.48

Ver: 17.04a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 11-47850 -DRC | | |
| Case Name: | DEGRACE, SCOTT F | | |
| | | | |
| Taxpayer ID No: | *******9402 | | |
| For Period Ending: | 12/09/13 | | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******4373  BofA - Money Market Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |
|---|---|
| /s/   GINA B. KROL | |
| Trustee's Signature: _____  Date: 12/09/13 | |
| GINA B. KROL | |

| Page Subtotals | 0.00 | 0.00 |
|---|---|---|

Ver: 17.04a

LFORM24